Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of MARGARET R. SWANICK, Respondent, for Compensation under the Workmen's Compensation Law, v. SARATOGA MILLING AND GRAIN COMPANY, Employer, and MASSACHUSETTS BONDING AND INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.